**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

ROGER D. SMITH, MARCUS P. MCKINLEY, WILLIAM R. JOHNSON, SANDRA RUSH and JUDY RIGGs, on behalf of themselves and all others similarly situated,

*Plaintiffs,*

v.

ARAMARK CORPORATION, ARAMARK CORRECTIONAL SERVICES, LLC, and UNION SUPPLY GROUP,

*Defendants.*

Civil Action No. 2:25-cv-00710
District Judge: Thomas E. Johnston
Magistrate Judge: Dwane L. Tinsley

**JOINT MOTION FOR ENTRY OF ORDERS**

**COMES NOW** the Plaintiffs, by counsel, and Defendants, by counsel, and jointly move the Court for entry of: *Order Governing the Inadvertent Disclosure of Documents or Other Material Under Rule 502(d)*, attached as Exhibit 1; and *Order Governing The Production Of Documents and Electronically Stored Information*, attached as Exhibit 2. Counsel for the parties have conferred and agreed upon the proposed Orders attached hereto and jointly seek their entry to govern aspects of discovery in this matter.

**WHEREFORE**, the parties jointly request the entry of: *Order Governing the Inadvertent Disclosure of Documents or Other Material Under Rule 502(d)*, and *Order Governing The Production Of Documents and Electronically Stored Information*.

**Respectfully submitted,**

By: */s/ Jeffrey M. Wakefield*

Jeffrey M. Wakefield, Esq. (WV Bar #3894)
Bryan N. Price, Esq. (WV Bar No. 8846)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street Charleston, WV 25301
Phone: 304-345-0200
Facsimile: 304-345-0260
jwakefield@flahertylegal.com
bprice@flahertylegal.com

Laura Flahive Wu (D.C. Bar No. 1024612)*
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
Telephone: +1 (202) 662-5892
Facsimile: +1 (202) 778-6000
Email: lflahivewu@cov.com

Cortlin H. Lannin (CA Bar No. 266488)*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: + 1 (415) 591-7078
Facsimile: + 1 (415) 591-6091
Email: clannin@cov.com

** Visiting Attorneys*

*Attorneys for Defendants Aramark Corporation, Aramark Correctional Services, LLP, and Union Supply Group*

By: */s/ Lydia C. Milnes*

Lydia C. Milnes (WV Bar No. 10598)
Lesley M. Nash (WV Bar No. 14158)
Mountain State Justice, Inc.
1029 University Ave., Suite 101
Morgantown, WV 26505
p. 304.326.0188
f. 304.326.2040
lydia@msjlaw.org
lesley@msjlaw.org

Shennan Kavanagh (MA BBO # 655174)*
Jennifer Wagner (WV Bar No. 10639)
Caroline Cohn (MA BBO # 711850)*
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110
p. 617.542.8010
f. 617.542.8028
skavanagh@nclc.org
jwagner@nclc.org
ccohn@nclc.org

Rebecca Livengood (D.C. Bar No. 674010)*
Stephen Hayes (D.C. Bar No. 1010531)*
Edward Olds (D.C. Bar No. 90004730)*
Relman Colfax PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
p. 202.728.1888
f. 202.728.0848
rlivengood@relmanlaw.com
shayes@relmanlaw.com
tolds@relmanlaw.com

** Visiting Attorneys*

*Attorneys for Plaintiffs*