**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**ROGER D. SMITH, MARCUS P. MCKINLEY, WILLIAM R. JOHNSON, SANDRA RUSH and JUDY RIGGS, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.** **Civil Action No. 2:25-cv-00710**

**ARAMARK CORPORATION, ARAMARK CORRECTIONAL SERVICES, LLC, and UNION SUPPLY GROUP,**

**Defendants.**

## ORDER

Pending before the Court is a Joint Motion for Entry of Orders (ECF No. 38).

It is hereby **ORDERED** that the Joint Motion for Entry of Orders (ECF No. 38) is **GRANTED**.

The Clerk is directed to transmit a copy of this Order to counsel of record and any unrepresented party.

Enter: June 23, 2026

Dwane L. Tinsley
United States Magistrate Judge