**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

ROGER D. SMITH, MARCUS P. MCKINLEY, WILLIAM R. JOHNSON, SANDRA RUSH, and JUDY RIGGS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ARAMARK CORPORATION, ARAMARK CORRECTIONAL SERVICES, LLC, and UNION SUPPLY GROUP,

Defendants.

Civil Action No. 2:25-cv-00710
District Judge: Thomas E. Johnston
Magistrate Judge: Dwane L. Tinsley

**JOINT STATUS REPORT**

Pursuant to the Court's September 10, 2026 Order (Dkt. 67), as modified by the Court's September 18, 2026 Order (Dkt. 71), the Parties respectfully state as follows:

1. Plaintiffs' motion to compel is fully briefed and is pending before the Court. *See* Dkt. 49. On September 10, 2026, the Court ordered the Parties to confer and attempt to resolve the discovery disputes to the greatest extent possible. Dkt. 67. On September 18, 2026, the Court granted the Parties request for additional time to continue their negotiations on the remaining discovery disputes. Dkt. 71.

2. Since the Court's September 10, 2026 Order, the Parties have conferred via videoconference on three occasions and have continued negotiations via email exchanges.

3. The Parties have agreed on the substance on 55 of Plaintiffs' 64 RFPs. A chart summarizing the status of each RFP is attached as Exhibit A. For avoidance of doubt, this chart summarizes each RFP and does not purport to reflect the exact language of each RFP.

4. The Parties hope to reach agreement on the two outstanding issues. In order to facilitate additional conferring on those issues, the Parties jointly request an extension of the status report deadline to October 7, 2026, when the Parties will notify the Court whether they have resolved the issues or are at an impasse. Specifically, the Parties are continuing to confer about:

   a. The Nine Remaining RFPs – All remaining RFPs relate to data and information contained within Defendants' databases. The Parties have committed to conferring on the database issues by October 5, 2026, and, if the Court approves the Parties' joint motion, will notify the Court in a final status report on Wednesday, October 7, 2026 whether they have been able to reach agreement or whether they are at an impasse.

   b. Deadline for Defendants to Produce Documents – The Parties have agreed that Aramark will complete its production by November 20, 2026. Plaintiffs' agreement to this deadline is contingent on the Parties receiving an extension to the discovery schedule, and the Parties anticipate filing a motion for such an extension shortly. .

Dated: September 28, 2026

Respectfully submitted,

Defendants,

By: /s/ Bryan N. Price
Bryan N. Price, Esq. (WV Bar #8846)
Jeffrey M. Wakefield, Esq. (WV Bar #3894)
FLAHERTY SENSABAUGH
BONASSO PLLC
200 Capitol Street Charleston, WV 25301
Phone: 304-345-0200
Facsimile: 304-345-0260
jwakefield@flahertylegal.com
bprice@flahertylegal.com

Laura Flahive Wu (D.C. Bar #1024612)*
COVINGTON & BURLING LLP
850 10th Street NW Washington, DC 20001
Telephone: +1 (202) 662-5892
Facsimile: +1 (202) 778-6000
Email: lflahivewu@cov.com

Cortlin H. Lannin (CA Bar #266488)*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street,
Suite 5400 San Francisco, CA 94105
Telephone: + 1 (415) 591-7078
Facsimile: + 1 (415) 591-6091
Email: clannin@cov.com

* *Visiting Attorneys*

*Attorneys for Defendants*
*Aramark Corporation,*
*Aramark Correctional Services, LLP,*
*and Union Supply Group*

Plaintiffs,

By: */s/ Lydia C. Milnes*
Lydia C. Milnes (WV Bar No. 10598)
Mountain State Justice, Inc.
1029 University Ave., Suite 101
Morgantown, WV 26505
p. 304.326.0188
f. 304.326.2040
lydia@msjlaw.org

Shennan Kavanagh (MA BBO # 655174)*
Jennifer Wagner (WV Bar No. 10639)
Caroline Cohn (MA BBO # 711850)*
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110
p. 617.542.8010
f. 617.542.8028
skavanagh@nclc.org
jwagner@nclc.org
ccohn@nclc.org

Rebecca Livengood (D.C. Bar No. 674010)*
Stephen Hayes (D.C. Bar No. 1010531)*
Edward Olds (D.C. Bar No. 90004730)*
Relman Colfax PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
p. 202.728.1888
f. 202.728.0848
rlivengood@relmanlaw.com
shayes@relmanlaw.com
tolds@relmanlaw.com

* *Visiting Attorneys*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| ROGER D. SMITH, MARCUS P. MCKINLEY, WILLIAM R. JOHNSON, SANDRA RUSH, and JUDY RIGGS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARAMARK CORPORATION, ARAMARK CORRECTIONAL SERVICES, LLC, and UNION SUPPLY GROUP,<br><br>Defendants. | Civil Action No. 2:25-cv-00710<br>District Judge: Thomas E. Johnston<br>Magistrate Judge: Dwane L. Tinsley |

## CERTIFICATE OF SERVICE

I, Lydia C. Milnes, counsel for Plaintiffs, do hereby certify that on September 28, 2026 **the Parties Joint Status Report** was served on Defendants via the CM/ECF filing system.

*/s/ Lydia C. Milnes*
Lydia C. Milnes (WV Bar No. 10598)